SAM HOSTETTER v. THE STATE.

No. 13896. Delivered January 21, 1931.
Motion to Extend Time to Perfect Record Denied March 11, 1931.

The opinion states the case.

*C. F. Hubbert,* of Big Lake, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction in the county court of Reagan County as a delinquent child; punishment, five years in the State Reform School for Boys at Gatesville.

Our attention is called by our State's Attorney with this court to the fact that this record contains no notice of appeal. It is provided by our statute that this character of case is in procedure a criminal case, and we have held same to be governed by the rules prescribed in that class of cases. A prerequisite to this court taking jurisdiction of an appealed case of this kind is that notice of appeal must be given and entered of record. None appearing, the appeal will be dismissed.

*Dismissed.*

ON MOTION TO EXTEND TIME TO PERFECT RECORD.

HAWKINS, JUDGE.—The appeal was dismissed on the 21st day of January because no notice of appeal appeared in the record. On February 5th appellant filed in this court a request for extension of time to perfect the record, basing the request upon an averment that notice of the disposition of the case was misdirected and was delayed in reaching him. There is no showing in the motion that notice of appeal was in fact given, and no facts stated which would indicate that any further delay would avail appellant anything. Up to this time no supplemental transcript has been filed showing any effort to bring the case within Article 827, C..C. P. (1925), regarding the entry of notice of appeal.

Under the circumstances we do not feel authorized to grant appellant's motion and the same is overruled.

*Overruled.*